UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROHM AND HAAS COMPANY, | : | CASE NO. |
| | : | 02-mc-182 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ARMSTRONG WORLD INDUSTRIES, | : | |
| INC. | : | |
| Defendant. | : | |

**EXHIBITS TO:**

PLAINTIFF'S MOTION TO COMPEL
ARMSTRONG WORLD INDUSTRIES, INC. TO
PRODUCE A KNOWLEDGEABLE CORPORATE DESIGNEE
AND TO PRODUCE REQUESTED DOCUMENTS

**Exhibit "A"** -- Affidavit of Theodore F. Haussman, Jr.

**Exhibit "B"** -- Subpoena, Schedule B

**Exhibit "C"** -- Transcript of February 4, 2002 deposition of Mr. Peter Scaccia

**Exhibit "D"** -- Letter dated May 17, 2002 from Schnader attorney John M. Armstrong, Esquire to the Honorable Dennis M. Cavanaugh, United States District Judge