UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROHM AND HAAS COMPANY,** | : | **CASE NO.** |
| | : | **02-mc-182** |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| **ARMSTRONG WORLD INDUSTRIES, INC.** | : | |
| | : | |
| **Defendant.** | : | |

## WITHDRAW MOTION

**TO THE CLERK:**

Please mark the motion of Rohm and Haas Company to compel discovery by Armstrong World Industries, Inc., filed July 10, 2002, withdrawn pursuant to agreement of the parties.

**DATED:**  July 24, 2002                          _____\s\___
Michele Langer, Esquire
Attorney No.: 18326
MARVIN, LARSSON, HENKIN
& SCHEURITZEL
Centre Square West, Suite 3510
1500 Market Street
Philadelphia, PA 19102
215-656-4200, 215-656-4202 (fax)

Attorneys for Rohm and Haas Company

## CERTIFICATE OF SERVICE

I, Michele Langer, Esquire, hereby certify that on this 24th day of July, 2002, true and correct copies of the foregoing withdrawal of motion of Rohm and Haas Company to compel discovery by Armstrong World Industries, Inc., were served upon the following by first-class mail, postage prepaid:

Larry D. Silver, Esquire
DUANE MORRIS, LLP
One Liberty Place
Suite 4200
Philadelphia, PA 19103
Fax: 215.979.1020
*Attorney for Armstrong World Industries, Inc.*

Lori G. Singer, Esquire
Mark S. Olinsky, Esquire
Jason L. Jurkevich, Esquire
SILLS CUMMIS RADIN TISCHMAN
EPSTEIN & GROSS
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Fax: 973.643.6500
*Attorney for Defendant/Counterclaim Plaintiffs American Cyanamid Company, Ashland Inc., GAF Corporation, General Electric Company, Monsanto Company*

Vincent J. Rizzo, Jr., Esquire
FITZGERALD & BAKER
201 Rt. 17 North, 2nd Floor
Rutherford, NJ 07070
*Attorney for PAN Chemical Corporation*

John M. Simon, Esquire
WOLFF & SAMSON
280 Corporate Center
5 Becker Farm Road
Roseland, NJ 07068
Fax: 973.740.1407
*Attorney for Defendant Advanced Environmental Technology Corporation*

                                                          _____/s/_____
                                                          Michele Langer, Esquire